1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  G. RICHARD BROWN, ESQ. (SBN 50203)
   KARA K. UEDA, ESQ. (SBN 210044)
3  KIMBERLY E. HOOD, ESQ. (SBN 229195)
   555 Capitol Mall, 9th Floor
4  Sacramento, CA  95814
   Phone:          916.444.3900
5  Fax:    916.444.8334

6  CITY OF ROSEVILLE
   MARK J. DOANE, ESQ. (SBN 76248)
7  BRITA J. MCNAY, ESQ. (SBN 122689)
   311 Vernon Street
8  Roseville, CA  95678-2649
   Phone:          916.774.5325
9  Fax:    916.773.7348

10 Attorneys for Plaintiff/Respondent Redevelopment Agency of the City of Roseville
   and Respondent Housing Authority of the City of Roseville
11

12 **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| REDEVELOPMENT AGENCY OF THE CITY OF ROSEVILLE, | Case:  2:06-CV-00218-MCE-PAN (JFM) |
| Plaintiff, | **STIPULATION EXTENDING TIME TO FILE JOINT STATUS REPORT PENDING COURT'S ORDER ON MOTION TO REMAND; ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| MAIDU VILLAGE PHASE III, LP, PROJECT GO, INC., a California not for profit corporation, LYNDA TIMBERS, an individual, MARK SHEPPARD, an individual, and DOES 1-100, | |
| Defendants. | |
| MAIDU VILLAGE PHASE III, LP; PROJECT GO, INC., a California not for profit corporation; LYNDA TIMBERS, an individual; MARK SHEPPARD, | |
| Counter Claimants | |
| v. | |
| REDEVELOPMENT AGENCY OF THE CITY OF ROSEVILLE; HOUSING AUTHORITY OF THE CITY OF ROSEVILLE, CALIFORNIA; and ROES 1 through 10, | |
| Respondents. | |

1. Now pending before the Court is the Redevelopment Agency of the City of Roseville's ("Agency") Motion to Remand this matter to the Placer County Superior Court. A hearing is scheduled on the Agency's Motion to Remand on April 17, 2006.

2. The parties' Joint Status Report is currently due on April 3, 2006.

3. The parties jointly request that the Court extend the time to file a Joint Status Report pending the Court's ruling on the Agency's Motion to Remand. Such an extension will save unnecessary client expense until the parties know whether this action will be proceeding in state or federal court so the parties may conform all further pleadings and discovery appropriately.

4. The only prior extension in this action was the parties' stipulation briefly extending the time to respond to Counterclaims, filed on March 23, 2006.

**NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE AND AGREE** to extend the time to file a Joint Status Report pending the Court's decision on the Motion to Remand. If the Motion to Remand is denied, the parties shall file a Joint Status Report no later than thirty (30) days after the Court's order on the Motion to Remand is filed.

DATED: April 4, 2006

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: /s/
        KARA K. UEDA

Attorneys for Plaintiff/Respondent
Redevelopment Agency of the City of Roseville
and Respondent Housing Authority of the City
of Roseville

1 | DATED:  April 4, 2006

LAW OFFICES OF PATRICK R. SABELHAUS

By: /s/ Joel A. Rice (as authorized on 3-30-06)
           JOEL A. RICE

Attorneys for Defendants/Counter Claimants
Maidu Village Phase III, LP, Project Go, Inc.,
Lynda Timbers, and Mark Sheppard

**IT IS SO ORDERED.**

DATED:  April 4, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE